AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida ▼

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Taleah Williams and | ) | Case No.  8:25-mj-3093-SPF |
| Javion Ward | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of    September 16-19, 2025    in the county of    Hillsborough and elsewhere    in the
Middle    District of    Florida    , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1951 & 2 | Hobbs Act Robbery |
| 18 U.S.C. 1951 | Conspiracy to Commit Hobbs Act Robbery |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

FBI SA Xavier Castaneda
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  9/20/2025
_____
*Judge's signature*

City and state:    Tampa, FL

Sean P. Flynn, United States Magistrate Judge
_____
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF
## COMPLAINT

I, Xavier Castaneda, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.      This affidavit in support of a criminal complaint charging Taleah Williams (WILLIAMS) and Javion Ward (WARD) with violations of 18 U.S.C. § 1951 (Hobbs Act Robbery and Conspiracy to Commit Hobbs Act Robbery) and 18 U.S.C. § 2 (aiding and abetting). This affidavit does not contain all of the information pertaining to this investigation and merely provides probable cause for a court finding. I have personally participated in this investigation described below and am familiar with the information contained in this affidavit either through personal observations or those of other law enforcement officers.

2.      I am "an investigative or law enforcement officer" of the United States within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in Section 2516 of Title 18, United States Code.

3.      I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been since October 2023.  I am currently assigned to the Violent Crime Task Force of the FBI in the Middle District of Florida. As an FBI Special Agent, I have received extensive training in a variety of investigative and legal matters of

1

violations of federal and state law. I have participated in numerous investigations that involved personally obtaining and assisting in the execution of search warrants, arrests, and filing criminal complaints. Your affiant is "an investigative or law enforcement officer of the United States" within the meaning of Section 2510 (7) of Title 18, United States Code. Your affiant is therefore, an officer of the United States, who is empowered by law to conduct investigations of, author and execute search warrants, and to make arrests for, the offenses enumerated in Title 18, United States Code.

## **PROBABLE CAUSE**

4.      The Federal Bureau of Investigation (FBI), Tampa Police Department, Sumter County Sheriff's Office, and Hillsborough County Sheriff's Office are investigating six robberies involving (1) a 7 Eleven located at 17621 Bruce B Downs Boulevard, Tampa, Florida, 33647 (Robbery 1); (2) a Pilot gas station located at 493 State Road 44 in Lake Panasoffkee, Florida (Robbery 2); (3) a Circle K gas station located at 9218 Gibsonton Dr. Gibsonton, Florida (Robbery 3); (4) a 7 Eleven located at 6402 US 301 N, Ellenton, Florida (Robbery 4); (5) a 7 Eleven located at 107 Montecito Street, Nokomis, Florida; and (6) a 7 Eleven located at 4895 N. Toledo Blade Blvd., North Port, FL,  all in violation of 18 U.S.C. § 1951 (Interference with Commerce by Robbery) that took place in the Middle District of Florida.

**A. September 16, 2025, Robbery of 7 Eleven at 17621 Bruce B Downs Boulevard, Tampa, Florida**

5.       On September 16, 2025, at approximately 11:58 p.m., an armed robbery occurred at 7 Eleven located at 17621 Bruce B Downs Boulevard, Tampa, Florida, 33647 (Robbery 1). During the robbery, the suspect entered the business through the front entrance. The suspect demanded the victim give all the money from the cash register while brandishing a gun. The victim complied and placed approximately $600.00 of United States currency in a 7 Eleven plastic bag. The suspect grabbed the bag and ran out of the store east around the building. The suspect was described as a slender build male wearing all black clothing, with black gloves and a black hoodie covering his face with googles. During the ensuing investigation, TPD detectives and FBI agents canvassed the area and obtained video of the subject inside the store.

  



6. On September 18, 2025, FBI agents conducted a neighborhood canvass for surveillance video around the vicinity of Robbery 1. Agents were able to obtain surveillance video from the Lotte Market, located just east of Robbery 1 in the same plaza. In the surveillance video, agents observed a dark colored sedan enter the parking lot that services the Lotte Market and the Home Depot. The dark colored sedan pulled into a parking space and waited for a few minutes before an individual was observed exiting the passenger side of the vehicle and walked around the back side. The video then cut to the vehicle making a U-turn out of the parking lot and positioned on the street just east of the Robbery 1 location.

7. FBI Agents were also able to obtain surveillance video from Home Depot. At approximately 11:51p.m., a dark colored sedan was observed pulling into the parking lot and parking. A few minutes later, the vehicle moved to a spot closer to the Robbery 1 location. The vehicle then turned into the lot of Robbery 1 and conducted a drive by, before it looped back around to the Home Depot parking lot. The vehicle was observed just south of the Robbery 1 location, stationary with its lights on for a few minutes before it moved closer. The vehicle then made a U-turn and stopped just east of Robbery 1 on the street. The vehicle was stationary for a few minutes before it departed westbound towards Bruce B Downs Blvd., and out of camera view. In addition, agents obtained additional footage from Robbery 1 location which showed a black in color sedan which matched the description of the suspect vehicle, driving through the parking lot approximately five minutes before the robbery occurred.

8.      During the course of the investigation, Agents utilized Flock License Plate Reader cameras, which were located within the Home Depot parking lot, and located a license plate for a vehicle matching the description of the vehicle observed in surveillance camera footage at the time of Robbery 1. The license plate returned to a Florida tag bearing 92EJDQ.  A Florida Department of Motor Vehicle Information Database (DAVID) queried revealed returned 92EJDQ was registered to a black 2025 Honda sedan.



**B. September 17, 2025, Robbery of Pilot at 493 SR 44 in Lake Panasoffkee, Florida, Florida**

9.      On September 17, 2025, at approximately 1:20 a.m., an armed robbery occurred at the Pilot gas station located at 493 SR 44 in Lake Panasoffkee, Florida

(Robbery 2). During the robbery, the suspect entered the business through the front entrance. The suspect demanded the victim to give all the money from the cash register while brandishing a gun. The victim used the store radio to communicate with another store associate and asked to call the Sheriff's Office. The suspect then fled the scene without acquiring any money. The suspect was described as an unknown female suspect wearing a black jacket with hood pulled up, a black mask, sunglasses, black gloves, and black pants. During the ensuing investigation, Sumter County Sheriff's Office detectives canvassed the area and obtained video of a vehicle arriving to the vicinity, and the subject in the store and leaving the area.

 

10.    Detectives were able to obtain surveillance video form the area of Robbery 2, which showed a black in color sedan pulling into an empty parking lot. An individual was observed kneeling behind the vehicle around the license plate, and walking around to the passenger side then to the driver side before the video starts to cut out. The vehicle waited for a few minutes before departing.



11.    A vehicle matching the description was then observed pulling into the Robbery 2 location and positioned itself towards the back end of the building. An individual was observed exiting the passenger side of the vehicle and walking towards the front entrance of Robbery 2 location before entering. After brandishing a firearm, the suspect was observed fleeing out of the front door, towards the vehicle, entered the vehicle, and departed out of camera view.



12.     On September 17, 2025, at 9:41a.m., approximately 9 hours after Robbery 2, a black in color sedan bearing Florida license plate 92EJDQ hit on a Flock License Plate Reader camera in Sumter County in the vicinity of County Road 48 and I-75 approximately 17 minutes south of the location of Robbery 2.



13.     On or about September 18, 2025, law enforcement conducted additional queries of Florida Department of Motor Vehicle records vehicle and

learned the vehicle was registered to Taleah Williams, date of birth (DOB) 12/22/2003, address 4304 Mailbox Ave North Fort Myers, FL. This address is approximately 130 miles away from Robbery 1 and 189 miles away from Robbery 2.

14.    Further motor vehicle records showed an application for a title to the Honda sedan bearing FL tag 92EJQ, which listed Taleah Williams as the co-owner.

### C. September 19, 2025, Robbery of Circle K 9218 Gibsonton Dr. Gibsonton, Florida

15.    On September 19, 2025, at approximately 2:30 a.m.., an armed robbery occurred the Circle K gas station located at 9218 Gibsonton Dr. Gibsonton, Florida (Robbery 3). During the robbery, the suspect entered the business through the front entrance. The suspect demanded the victim to give all the money from the cash register while brandishing a gun. The victim complied and removed approximately $100 United States currency from the cash register and placed inside a bag. The victim provided a fake $20 bill within the stack of money to the suspect without his knowledge. The suspect demanded more money and jumped over the counter to access the store safe. The suspect was able to obtain approximately $50 United States currency from the safe as it could only provide a specific amount every two minutes per its security protocols. The suspect demanded a pack of black and mild cigarettes from the victim. The victim complied and handed over the cigarettes. The suspect then fled the scene. The suspect was described as a black male, approximately 5'8" tall wearing all black clothing, mask, gloves, black and white sneakers. The suspect entered the passenger side of a black Honda sedan matching the description from the

previous two robberies and fled the scene. During the ensuing investigation, law enforcement canvassed the area and obtained video of a vehicle matching the description of the previous two robberies arriving to the vicinity.

16.     On September 19, 2025, FBI agents reviewed the video surveillance from the Circle K store and the Walmart store located at 9205 Gibsonton Dr. Gibsonton, around the vicinity of Robbery 3. At approximately 1:47 a.m., a vehicle matching the description from the previous two robberies parked at the Walmart parking lot within close proximity of the Circle K. At approximately 2:04 a.m., the vehicle moved to the Circle K parking lot. The same vehicle was observed entering the Circle K parking lot from the Circle K video surveillance, parking on the furthest parking spot east of the building. At approximately 2:30 a.m., the suspect exited the front passenger side of the vehicle and headed towards the front door of the Circle K.













**D. September 19, 2025, robbery of 7 Eleven located at 6402 US-301 N, Ellenton, FL**

17.    On September 19, 2025, at approximately 2:58a.m., a robbery occurred at a 7 Eleven located at 6402 US 301 N, Ellenton, FL (Robbery 4). Surveillance footage showed a black in color four door sedan parked on the east side of the building. The suspect exits the vehicle from the passenger side and runs towards the entrance of the 7 Eleven. The suspect entered and brandished a firearm at the store clerk and demanded money from the register. The suspect stated that she needed to move quickly, or he was going to pistol whip her. The store clerk put the money in the bag before the suspect fled. The suspect exits the 7 Eleven and enters the passenger side of the vehicle before departing.

18.    Law enforcement reviewed surveillance footage of the robbery and observed the suspect wearing all black clothing, and a mask similar in appearance to the one worn in the other robberies. In addition to the mask, the black and white sneakers observed in the surveillance video worn by the suspect also match the ones worn in previous robberies by the suspect.



### E. September 19, 2025, Robbery of 7 Eleven, 107 Montecito Street, Nokomis, Florida

19.    On September 19, 2025, at approximately 3:24a.m., Flock cameras picked up a black in color sedan bearing Florida plate 92EJDQ at the laurel Road and Knights Trail intersection. This flock camera is approximately 100 yards from a 7 Eleven located at 107 Montecito Street, Nokomis, Florida.



20.     On September 19, 2025, at approximately 3:27a.m., an armed robbery

occurred at 7 Eleven located at 107 Montecito Street, Nokomis, Florida (Robbery 5).

The suspect brandished a firearm and demanded cash. The suspected robber

absconded with approximately $120.00 in United States Currency. The Suspect

exited the 7 Eleven and fled.



21.    The suspect was identified as being a light skinned black male wearing an all-black hoodie, ski mask, sunglasses, black gloves, pants and sneakers. During the robbery, the suspect demanded keys to a vehicle outside the store, but the cashier said the vehicle did not belong to him and did not have keys.

22.    Law enforcement reviewed surveillance footage and observed the suspect wearing all black, to include a ski mask. The ski mask appears to have a white Nike symbol similar in appearance to the Nike brand logo.

**F. September 19, 2025, Robbery of 7 Eleven located at 4895 N Toledo Blade Blvd., North Port, FL**

23.    On September 19, 2025, at approximately 4:01a.m., an armed robbery occurred at 7 Eleven located at 4895 N. Toledo Blade Blvd., North Port, FL (Robbery 6). The subject entered the store armed with a firearm and demanded

money from the cashier. The cashier advised that the suspect removed cash from the drawers before fleeing. The suspect was observed entering the passenger side of a black sedan similar in appearance to the black 2025 Honda used in the other robberies.





24.    On September 19, 2025, agents conducted surveillance in the vicinity of 1735 Brantley Road, Apartment 2310, Fort Myers, Florida. During surveillance, agents observed Taleah Williams and Javion Ward exit the northeast corner of building 23 at approximately 7:00p.m. The northeast corner of building 23 is the location of apartment 2310. Upon exiting, Taleah Williams and Javion Ward entered the black 2025 Honda Accord bearing Florida tag 92EJDQ, Javion Ward as passenger and Taleah Williams as driver, before departing. Agents later confirmed that the apartment Williams and Ward departed from was marked as apartment 2310.

25.    On September 19, 2025, a traffic stop was conducted by the Fort Myers Police Department on the black Honda Accord bearing Florida tag 92EJDQ. WARD was removed from the vehicle due to an active arrest warrant for violation of probation. Search warrants were issued for the vehicle and the residence at 1735

Brantley Road, apartment 2310, Fort Myers, FL by the Honorable United States

Magistrate Judge Sean P. Flynn. 25-mj-3090-SPF; 25-mj-3091-SPF.

26.    During the search, agents found and seized a pair of Jordan brand

sneakers, a black in color Nike ski mask, unopened boxes of black and mild

cigarettes, and a pair of black sunglasses matching the same description of the items

worn or taken during the commission of the robberies.

27.    A social media check revealed an Instagram user account

@stickzthemodel_, as being the account used by WILLIAMS. On September 19,

2025, at approximately 5:25 a.m, @stickzthemodel_ posted a video depicting

WILLIAMS in green and black pants along with WARD in a black shirt with what

appears to be cash in both hands.



### Post-*Miranda* Interview of Taleah Williams

28.    On September 20, 2025, agents met and interviewed WILLIAMS. WILLIAMS was read her *Miranda* rights and agreed to speak with agents. During the interview, WILLIAMS confessed that she and WARD committed the armed robbery of the six (6) aforementioned locations. The firearm used in the commission of the six (6) robberies was given to WILLIAMS by WARD in the weeks leading up to the robberies. It was noted that the firearm was loaded with ammunition, including one round in the chamber, while the firearm was used during the robberies. WILLIAMS knew this because she herself loaded the firearm and racked the slide to send the round into the chamber.

29.    In addition, WILLIAMS told agents that she was the primary planner and coordinated multiple locations that were close in proximity to the highway. Agents presented WILLIAMS with photos of the suspects in all six (6) robberies. WILLIAMS identified herself and WARD as being the two suspects captured on camera footage inside the locations, and she identified her vehicle parked in or around the vicinity of every location.

30.    WILLIAMS also identified herself as being the sole driver for all the robberies in which WARD entered the robbery locations.

31.    WILLIAMS stated she received over $500.00 in United States currency from the proceeds of the robbery.

32.    WILLIAMS also explained that, immediately prior to the traffic stop in the evening of September 19, 2025, she removed the firearm used during the

commission of the crime from her purse and placed it under the driver seat of her 2025 black Honda Accord. Law enforcement has yet to execute the warrant on the vehicle to confirm the location of the firearm.

33.     Based on the foregoing, I believe that probable cause exists to believe that WILLIAMS and WARD committed violations of 18 U.S.C. § 1951 and 18 U.S.C. § 2.


Respectfully submitted,

Xavier Castaneda
Special Agent
Federal Bureau of Investigation


Affidavit submitted to me by reliable electronic means and attested to me as true and accurate by telephone or other reliable electronic means consistent with Fed. R. Crim. P. 4.1 and 41(d)(3) before me this 20th day of September, 2025

HONORABLE SEAN P. FLYNN
UNITED STATES MAGISTRATE JUDGE

21